**Electronically Filed
Intermediate Court of Appeals
28718
18-JAN-2011
11:25 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

CR. NO.   05-1-0252

STATE OF HAWAIʻI, Plaintiff-Appellee,
vs.
ERIN E. BRYAN, also known as ERIN BRYAN MERRIAM,
Defendant-Appellant.

CR. NO.   05-1-2154

STATE OF HAWAIʻI, Plaintiff-Appellee,
vs.
ERIN BRYAN, also known as ERIN BRYAN MERRIAM,
Defendant-Appellant.

NOS.   28718 AND 28719

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the Court, filed on November 30, 2010, is hereby corrected as follows:

1.   On page 9, in the tenth line, a close quotation mark should be inserted at the end of the sentence that concludes

_____

[1] Nakamura, Chief Judge, Leonard, and Reifurth, JJ.

with "trial court" so that as corrected, the text reads: ". . . trial court." Id. at 399 . . . ."

2. On page 10, in the sixth line of footnote 7, a close quotation mark should be inserted at the end of the sentence that concludes with "prejudicial" so that as corrected, the text reads: ". . . prejudicial." Cummings, 101 Hawaiʻi at 143 . . . ."

3. On page 11, in the fifth line of footnote 8, the word "his" should be corrected to read "her" in that line.

4. On page 15, in the fourth line of footnote 11, the word "differences" should be corrected to read "difference" in that line.

5. On page 16, in the fifth line of footnote 13, the reference to "(b)(4)" should be corrected to read "(b)(3)" in that line.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, January 18, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge